# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE MARTINES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TORRES-ROCHA, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-01563-JLT-BAM (PC)<br><br>ORDER CONFIRMING RECEIPT OF FILING FEE |

　　　　Plaintiff Enrique Martines ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On January 16, 2025, the Court issued an order denying Plaintiff's motion for leave to proceed *in forma pauperis* and directing Plaintiff to pay the filing fee within twenty-one days. (ECF No. 9.) On January 22, 2025, the Court received the $405.00 filing fee from Plaintiff's trust account. (Receipt number # 100004383 for $405.00 filing fee for Enrique Martines, V44257 from State of California.)

　　　　By the instant order, the Court confirms for Plaintiff that the $405.00 filing fee was received in full on January 22, 2025, and Plaintiff will be permitted to proceed in this action. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

　　Dated:　**January 23, 2025**　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1