1

2

3

4

5

6

7

8       # UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA

10

11      ENRIQUE MARTINES,                          Case No.  1:24-cv-01563-JLT-BAM (PC)

12                  Plaintiff,                     ORDER DIRECTING PLAINTIFF TO FILE
                                                   NOTICE CLARIFYING HIS INTENT
13          v.
                                                   (ECF Nos. 13, 14)
14      TORRES-ROCHA, *et al.*,

15                  Defendants.                    **TWENTY-ONE (21) DAY DEADLINE**

16

17          Plaintiff Enrique Martines ("Plaintiff") is a state prisoner proceeding *pro se* in this civil

18  rights action pursuant to 42 U.S.C. § 1983.

19          On May 30, 2025, the Court screened Plaintiff's complaint and found that Plaintiff stated

20  a cognizable claim against Defendant Erica Castro for excessive force in violation of the Eighth

21  Amendment, but failed to state any other cognizable claims for relief against any other defendant.

22  (ECF No. 12.)  The Court ordered Plaintiff to either file a first amended complaint curing the

23  deficiencies identified by the Court or notify the Court in writing that he does not wish to file a

24  first amended complaint and he is willing to proceed only on his claim against Defendant Erica

25  Castro for excessive force in violation of the Eighth Amendment.  (*Id.* at 7.)

26          On June 26, 2025, Plaintiff filed a first amended complaint.  (ECF No. 13.)  Although

27  Erica Castro is listed as a defendant in the caption, the first amended complaint contains no

28  allegations against Defendant Castro.  (*Id.*)

1

1    On July 3, 2025, Plaintiff also filed a "Notice to File a First Amended Complaint, and/or

2    Notify Court of Willingness to proceed on an Cognizable Claim." (ECF No. 14.)  In this filing,

3    Plaintiff states that he wishes to file a first amended complaint and is agreeable to proceeding on a

4    cognizable claim against Defendant Erica Castro for excessive force in violation of the Eighth

5    Amendment and also cognizable claims against Defendants Torres-Rocha and Jesus Palafox for

6    excessive force and violation of the Eighth Amendment.  Plaintiff states that the other two

7    defendants, Jaylord Permejo and Rudy Estrada, should be dismissed.  (*Id.*)

8    Based on these filings, it is not clear how Plaintiff wishes to proceed with this action.

9    In light of Plaintiff's *pro se* status, the Court finds it appropriate to allow Plaintiff an

10   opportunity to clarify his intent.  Specifically, Plaintiff should file a written response stating:

11   (1) whether he wishes to proceed on his original complaint which **only** stated a cognizable claim

12   against Defendant Erica Castro for excessive force in violation of the Eighth Amendment; **or**

13   (2) whether he wishes to proceed on the filed first amended complaint which only contains

14   allegations against Defendants Torres-Rocha and Palafox.

15   Accordingly, IT IS HEREBY ORDERED as follows:

16   1.  Within **twenty-one (21) days** from the date of service of this order, Plaintiff SHALL

17   FILE a written notice of how he intends to proceed in this action; and

18   2.  If Plaintiff fails to respond to the Court's order, the Court will recommend dismissal of

19   this action, without prejudice, for failure to prosecute and failure to obey a court order.

20

21   IT IS SO ORDERED.

22   Dated:   **July 8, 2025**                    /s/ *Barbara A. McAuliffe*

23                                               UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28