**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENRIQUE MARTINES,<br><br>        Plaintiff,<br><br>    v.<br><br>TORRES-ROCHA, et al.,<br><br>        Defendants. | Case No.: 1:24-cv-01563-JLT-FRS (BAM) (PC)<br><br>ORDER THAT INMATE ENRIQUE MARTINES IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Enrique Martines is a state prisoner appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on February 18, 2026. Inmate Enrique Martines, CDCR #V-44257, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **February 18, 2026**                              

STANLEY A. BOONE
United States Magistrate Judge